

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                CRIMINAL NO. 3:24cr93-DPJ-ASH

KANAYA MAURICE WILSON                         18 U.S.C. § 1001(a)(2)

The United States Attorney charges:

On or about November 14, 2019, in Hinds County, in the Northern Division of the Southern District of Mississippi, the defendant, **KANAYA MAURICE WILSON**, knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation to a Special Agent of the Federal Bureau of Investigation (FBI), a department or agency of the United States. Specifically, the defendant stated that he had not been present in Jerrell Jackson's Advantage Apartment, when in truth and fact, as defendant then knew, he had been present in Jerrell Jackson's Advantage Apartment on or about March 25, 2018, when Jerrell Jackson was secretly video recording a minor engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 1001(a)(2).

TODD W. GEE
United States Attorney